IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UPCODES, INC., <br><br> Defendant. | Case No. 2:21-cv-05262-DSF (Ex) <br><br> **ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Ctrm: 7D <br> Judge: Honorable Dale S. Fischer |

ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT / CASE NO. 2:21-CV-05262-DSF (Ex)

The Court, having considered the Stipulation Extending Time to Respond to Complaint and the Declaration of Joseph C. Gratz in support thereof, hereby ORDERS as follows:

UpCodes' deadline to answer or otherwise respond to the Complaint shall be extended to 21 days after the Court's ruling on NFPA's pending motion for preliminary injunction (Dkt. 13).

IT IS SO ORDERED.

DATED: July 20, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE