UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-05262-SPG(Ex) | Date | July 26, 2023 |
| Title | National Fire Protection Association, Inc. v. Upcodes, Inc. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
| Patricia Gomez | Katie Thibodeaux |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Kelly Klaus<br>Rose Ehler<br>Jennifer Bryant | Joseph Gratz |

**Proceeding:** Joint Brief Regarding Defendants Motion for Summary Judgment [142]

  The Court hears oral argument on Defendant Upcodes' Motion for Summary Judgment. For reasons stated on the record, the motion is taken under submission with an order to issue. The Court addresses the Motion to Strike, which previously was taken off calendar. The Court informs the parties that the Court's oral tentative is to deny UpCodes motion to *completely* exclude Mr. McLean's avoided cost analysis in the rebuttal. As discussed on the record, the Court is considering other alternatives to complete exclusion that may impact the Daubert motion schedule, as well as other dates on the Court's scheduling order, and result in additional limited discovery being granted. In light of the Court's statements on the record, the parties are to meet and confer to discuss new dates. The motion to strike is taken under submission with an order to issue.

                                 1 : 02

Initials of Preparer PG