1  ROSE LEDA EHLER (SBN 296523)
   Rose.Ehler@mto.com
2  JENNIFER L. BRYANT (SBN 293371)
   Jennifer.Bryant@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Fl.
4  Los Angeles, CA 90071-3426
   Telephone:  (213) 683-9100
5  Facsimile:   (213) 687 3702

6  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
7  SKYLAR B. GROVE (SBN 310707)
   Skylar.Grove@mto.com
8  JING JIN (SBN 343210)
   Jing.Jin@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Fl.
10 San Francisco, California 94105-2907
   Telephone:  (415) 512-4000
11 Facsimile:   (415) 512-4077

12 Attorneys for Plaintiff National Fire
   Protection Association, Inc.
13

RAGESH K. TANGRI (SBN 159477)
rtangri@mofo.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@mofo.com
HANNAH JIAM (SBN 312598)
hjiam@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*(additional counsel listed on following page)*

Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS,<br><br>Defendants.<br><br>UPCODES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>Counterclaim Defendant. | Case No. 2:21-cv-05262-SPG-E<br><br>**JOINTLY LODGED APPENDIX OF PROPOSED REDACTIONS**<br><br>Judge:  Hon. Sherilyn Peace Garnett<br>Trial Date:  None Set |

ALLYSON R. BENNETT (SBN 302090)
abennett@mofo.com
MARK D. MARCISZEWSKI (SBN 344240)
mmarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

ADITYA V. KAMDAR (SBN 324567)
akamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202-887-1500
Facsimile: 202-887-0763

Attorneys for Defendants
UpCodes, Inc., Scott Reynolds, and Garrett Reynolds

1  Pursuant to the Court's August 23, 2024 (In Chambers) Order (ECF No. 218),
2  the Parties jointly submit this appendix identifying by page and line number the
3  agreed redactions. Lodged as Exhibit A is a copy of the Court's Order identifying
4  the proposed redactions.
5  Although there is a "strong presumption of access to judicial records" and
6  there must be a "compelling reason" to overcome this presumption of access,
7  *Kamakana v. Cty. and Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the
8  Parties agree that standard is met here. The proposed redactions identify customers
9  by name and disclose business communications. If included in the public record,
10 this information may result in reputational or competitive harm to those companies
11 or the Parties.

| Page:Line (JAE/JAF) | Justification |
|---|---|
| 41:15-17 (description of JAF 3034) | Identifies customer and firm by name and quotes from non-public email. |
| 41:17-18 (quotes and description of JAF 3036) | Identifies firm by name and quotes from non-public email. |
| 41:19-20 (description of JAF 3037) | Identifies firm by name and describes non-public conduct. |

DATED: September 4, 2024         MUNGER, TOLLES & OLSON LLP


By: _____/s/ Jennifer L. Bryant_____
      JENNIFER L. BRYANT
Attorneys for Plaintiff
NATIONAL FIRE PROTECTION
ASSOCIATION, INC.


DATED: September 4, 2024         MORRISON & FOERSTER LLP


By: _____/s/ Allyson R. Bennett_____
      ALLYSON R. BENNETT
Attorneys for Defendants
UPCODES, INC.; SCOTT REYNOLDS;
GARRETT REYNOLDS

**FILER'S ATTESTATION**

I, Jennifer L. Bryant, am the ECF user whose identification and password are being used to file this **JOINTLY LODGED APPENDIX OF PROPOSED REDACTIONS**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing's content and have authorized this filing.

DATED: September 4, 2024

                                                       */s/ Jennifer L. Bryant*
                                                       JENNIFER L. BRYANT