ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
JENNIFER L. BRYANT (SBN 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Fl.
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687 3702

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
SKYLAR B. GROVE (SBN 310707)
Skylar.Grove@mto.com
JING JIN (SBN 343210)
Jing.Jin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff National Fire Protection Association, Inc.

RAGESH K. TANGRI (SBN 159477)
rtangri@mofo.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@mofo.com
HANNAH JIAM (SBN 312598)
hjiam@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*(additional counsel listed on following page)*

Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NATIONAL FIRE PROTECTION ASSOCIATION, INC.,

Plaintiff,

v.

UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS,

Defendants.

UPCODES, INC.,

Counterclaim Plaintiff,

v.

NATIONAL FIRE PROTECTION ASSOCIATION, INC.,

Counterclaim Defendant.

Case No. 2:21-cv-05262-SPG-E

**JOINT REQUEST FOR STATUS CONFERENCE**

**JOINT STATUS REPORT REGARDING PRETRIAL AND TRIAL SCHEDULE**

Lodged Concurrently: [Proposed] Order

Judge: Hon. Sherilyn Peace Garnett
Trial Date: None Set

WHITNEY R. O'BYRNE (SBN 325698)
wobyrne@mofo.com
MARK D. MARCISZEWSKI (SBN 344240)
mmarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

ADITYA V. KAMDAR (SBN 324567)
akamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202-887-1500
Facsimile: 202-887-0763

Attorneys for Defendants
UpCodes, Inc., Scott Reynolds, and
Garrett Reynolds

Plaintiff National Fire Protection Association, Inc. ("NFPA") and Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds (collectively, "UpCodes," and together with NFPA, "Parties") jointly request the Court set a status conference at the next available date and submit this Joint Status Report Regarding Pretrial and Trial Schedule.

WHEREAS, on August 18, 2023, the Parties submitted their respective positions on a modified pretrial and trial schedule to accommodate limited additional discovery permitted by the Court on August 8, 2023, including a sur-reply opinion by UpCodes' expert, Douglas Kidder (ECF No. 204);

WHEREAS, on September 11, 2023, the Court took the remaining pretrial and trial deadlines off calendar pending the Court's resolution of the Parties' competing proposed schedules (ECF No. 210);

WHEREAS, on August 23, 2024, the Court denied UpCodes' motion for summary judgment and granted NFPA's motion for summary adjudication (ECF No. 217), making this case now ready for trial;

WHEREAS, on August 23, 2024, the Court ordered the Parties to jointly lodge proposed redactions to the summary judgment order (ECF No. 218), which the Parties filed and lodged on September 4, 2024 (ECF No. 220);

WHEREAS, in preparation for trial the Parties have agreed to mutually exchange certain updated discovery pursuant to Rule 26(e)[1] and to exchange supplemental expert reports that may amend or supplement previously disclosed expert opinions to account for newly available information but may not offer new opinions;

WHEREAS, the Parties respectfully request the Court set a status conference on October 23, or the Court's next available hearing date, to discuss the schedule,

rule on the Parties' pending sealing application as to the Court's order on summary judgment, and set a pretrial and trial schedule;

WHEREAS, the Parties have met and conferred and reached agreement on a new pretrial and trial schedule, subject to the approval and availability of the Court;

NOW THEREFORE, the Parties hereby present their joint proposed schedule and respectfully request that the Court hold a status conference or enter a revised scheduling order that sets dates for the following pretrial and trial events:

| **Case Events** | **Parties' Proposed Dates** |
|---|---|
| Deadline for Parties to Exchange Updated Discovery (through 10/31/2024)[2] | Wednesday, November 20, 2024 |
| Deadline for Supplemental Expert Reports, Including Mr. Kidder's Sur-Reply Report | Monday, December 16, 2024 |
| Rule 16-2 Conference | Friday, January 17, 2025 |
| <u>Trial Documents (Set One)</u> | Wednesday, January 29, 2025 |
| <u>Trial Documents (Set Two)</u> | Wednesday, February 12, 2025 |
| Final Pretrial Conference; Hearing on Motions in Limine | Wednesday, February 26, 2025 |
| Jury Trial (5 days) | Tuesday, March 18, 2025 |

[1] The parties are still negotiating some categories of supplemental discovery and may raise that dispute with the Court if they cannot resolve it.

[2] To the extent the trial date is modified or extended, the Parties may seek additional updated information and to exchange supplemental reports.

DATED: October 16, 2024

MUNGER, TOLLES & OLSON LLP

By: */s/ Rose Leda Ehler*
ROSE LEDA EHLER
Attorneys for Plaintiff
NATIONAL FIRE PROTECTION ASSOCIATION, INC.

DATED: October 16, 2024

MORRISON & FOERSTER LLP

By: */s/ Whitney R. O'Byrne*
WHITNEY R. O'BYRNE
Attorneys for Defendants
UPCODES, INC.; SCOTT REYNOLDS; GARRETT REYNOLDS

**FILER'S ATTESTATION**

I, Rose Leda Ehler, am the ECF user whose identification and password are being used to file this **JOINT REQUEST FOR STATUS CONFERENCE and JOINT STATUS REPORT REGARDING PRETRIAL AND TRIAL SCHEDULE.** Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing's content and have authorized this filing.

DATED: October 16, 2024

*/s/ Rose Leda Ehler*
ROSE LEDA EHLER