| | |
|---|---|
| ROSE LEDA EHLER (SBN 296523)<br>Rose.Ehler@mto.com<br>JENNIFER L. BRYANT (SBN 293371)<br>Jennifer.Bryant@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Fl.<br>Los Angeles, CA 90071-3426<br>Telephone:  (213) 683-9100<br>Facsimile:   (213) 687 3702<br><br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>SKYLAR B. GROVE (SBN 310707)<br>Skylar.Grove@mto.com<br>JING JIN (SBN 343210)<br>Jing.Jin@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Fl.<br>San Francisco, California 94105-2907<br>Telephone:  (415) 512-4000<br>Facsimile:   (415) 512-4077<br><br>Attorneys for Plaintiff National Fire Protection Association, Inc. | RAGESH K. TANGRI (SBN 159477)<br>rtangri@mofo.com<br>JOSEPH C. GRATZ (SBN 240676)<br>jgratz@mofo.com<br>HANNAH JIAM (SBN 312598)<br>hjiam@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415-268-7000<br>Facsimile: 415-268-7522<br><br>*(additional counsel listed on following page)*<br><br><br><br><br><br><br>Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS,<br><br>  Defendants.<br><br>―――――――――――――――<br>UPCODES, INC.,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>  Counterclaim Defendant. | Case No. 2:21-cv-05262-SPG-E<br><br>**JOINT REQUEST FOR COURT TO ENTER PUBLIC SUMMARY JUDGMENT ORDER AND TAKE STATUS CONFERENCE OFF CALENDAR**<br><br>Lodged Concurrently: (1) [Proposed] Public, Redacted Version of Summary Judgment Order; (2) [Proposed] Order<br><br>Judge:  Hon. Sherilyn Peace Garnett<br>Trial Date:  March 17. 2024 |

WHITNEY R. O'BYRNE (SBN 325698)
wobyrne@mofo.com
MARK D. MARCISZEWSKI (SBN 344240)
mmarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

ADITYA V. KAMDAR (SBN 324567)
akamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202-887-1500
Facsimile: 202-887-0763

Attorneys for Defendants
UpCodes, Inc., Scott Reynolds, and Garrett Reynolds

Plaintiff National Fire Protection Association, Inc. ("NFPA") and Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds (collectively, "UpCodes," and together with NFPA, "Parties") hereby jointly request that the Court file an unsealed, public version of the Summary Judgment Order and take the status conference set for November 6, 2024, at 1:30 pm off calendar:

WHEREAS, on August 23, 2024, the Court denied UpCodes' motion for summary judgment and granted NFPA's motion for summary adjudication in a sealed order (ECF No. 217);

WHEREAS, on August 23, 2024, the Court ordered the Parties to jointly lodge proposed redactions to the Summary Judgment Order (ECF No. 218), and the Parties filed and lodged their proposed redactions on September 4, 2024 (ECF No. 220);

WHEREAS, on October 16, 2024, the Parties submitted a joint proposed pretrial and trial schedule requesting that the Court enter a revised scheduling order setting dates for trial and set a status conference (ECF No. 226);

WHEREAS, on October 17, 2024, the Court (1) approved the Parties' proposed redactions to the Summary Judgement Order and ordered the Parties to jointly lodge a copy of the Court's Summary Judgment Order containing the approved redactions so that the Court could thereafter file an unsealed version of the Summary Judgment Order containing the approved redactions (ECF No. 227); and (2) issued a scheduling order that approved the Parties' proposed pretrial and trial dates and set a status conference for November 6, 2024, at 1:30 pm (ECF No. 229);

WHEREAS, on October 17, 2024, pursuant to the Court's order, the Parties electronically lodged a redacted version of the Summary Judgment Order containing the approved redactions (ECF No. 228), but the Court has not yet filed the unsealed, public version of the Summary Judgment Order containing the approved redactions;

WHEREAS, the Parties have conferred regarding the Parties' need for the upcoming status conference. Unless the Court would like to hold the conference or has questions for the Parties, the Parties agree that the Court's scheduling order (ECF No. 229) and the Court's approval of the Parties' proposed redactions for the public Summary Judgment Order (ECF No. 227) will have mooted the need for the status conference they had previously requested, once the public version of the Summary Judgment Order is filed;

NOW THEREFORE, unless the Court would prefer to hold the upcoming status conference, the Parties respectfully request that:

1. The Court unseal and file a public version of the Court's Summary Judgment Order containing the redactions previously approved by the Court, in the form of the Proposed Public, Redacted Version of Summary Judgment Order attached hereto; and

2. The Court take the scheduled November 6, 2024 status conference off calendar.

DATED: November 4, 2024        MUNGER, TOLLES & OLSON LLP

By:      /s/ Rose Leda Ehler
     ROSE LEDA EHLER
Attorneys for Plaintiff
NATIONAL FIRE PROTECTION
ASSOCIATION, INC.

1  DATED: November 4, 2024          MORRISON & FOERSTER LLP

                                    By:    */s/ Whitney R. O'Byrne*
                                          WHITNEY R. O'BYRNE
                                    Attorneys for Defendants
                                    UPCODES, INC.; SCOTT REYNOLDS;
                                    GARRETT REYNOLDS

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | I, Rose Leda Ehler, am the ECF user whose identification and password are |
| 3 | being used to file this **JOINT REQUEST TO ENTER PUBLIC SUMMARY** |
| 4 | **JUDGMENT ORDER AND TAKE STATUS CONFERENCE OFF** |
| 5 | **CALENDAR**.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the |
| 6 | other above-named signatories concur in this filing's content and have authorized |
| 7 | this filing |
| 8 | DATED:  November 4, 2024 |

*/s/ Rose Leda Ehler*
ROSE LEDA EHLER