| | |
|---|---|
| ROSE LEDA EHLER (SBN 296523)<br>Rose.Ehler@mto.com<br>JENNIFER L. BRYANT (SBN 293371)<br>Jennifer.Bryant@mto.com<br>GRAHAM WYATT (SBN 342809)<br>Graham.Wyatt@mto.com<br>JOSEPH N. GLYNN (SBN 337652)<br>Joseph.Glynn@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100; Facsimile: (213) 687 3702<br><br>Attorneys for Plaintiff<br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.<br><br>*(Additional counsel listed on following page)* | RAGESH K. TANGRI (SBN 159477)<br>RTangri@mofo.com<br>JOSEPH C. GRATZ (SBN 240676)<br>JGratz@mofo.com<br>HANNAH JIAM (SBN 312598)<br>HJiam@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile:   415.268.7522<br><br>Attorneys for Defendants<br>UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS<br><br>*(Additional counsel listed on following page)* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>UPCODES, INC., et al.,<br><br>    Defendants and Counterclaim Plaintiffs, | Case No. 2:21-cv-05262-SPG-E<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Date:  March 12, 2025<br>Time:  3:00 p.m.<br>Crtrm.: 5C<br><br>Judge:  Hon. Sherilyn Peace Garnett<br>Trial Date:  March 18, 2025 |

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
SHANNON C. AMINIRAD (SBN 324780)
Shannon.Aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000;
Facsimile: (415) 512-4077

RACHEL G. MILLER-ZIEGLER
(*pro hac vice*)
Rachel.Miller-Ziegler@mto.com
ANDRA LIM (SBN 336265)
Andra.Lim@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC
Telephone: (202) 220-1115
Facsimile: (202) 220-2300

Attorneys for Plaintiff
NATIONAL FIRE PROTECTION ASSOCIATION, INC.

WHITNEY O'BYRNE (SBN 325698)
WOByrne@mofo.com
MARK D. MARCISZEWSKI (SBN 344240)
MMarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213-892-5200
Facsimile:   213-892-5454

ADITYA V. KAMDAR (SBN 324567)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202-887-1500
Facsimile:   202-887-0763

Attorneys for Defendants
UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS

## Statement of the Case

The Plaintiff in this case is the National Fire Protection Association, Inc., which publishes standards related to electrical safety, fire safety, and building construction, among other matters. The Defendants are UpCodes, Inc. and its co-founders Garrett Reynolds and Scott Reynolds. Defendants operate the UpCodes website, on which they post Plaintiff's standards and other standards. Defendants claim that all of the standards they post have been incorporated by reference into state and local laws.

Plaintiff has sued Defendants for copyright infringement. It has already been determined that Plaintiff owns valid copyrights in all of the standards at issue in this case. It has already been determined that Defendants post Plaintiff's standards on the UpCodes website without authorization from Plaintiff, and that Defendants have violated at least one of Plaintiff's exclusive rights as the copyright owner. Defendants may avoid liability for copyright infringement only if they can establish that their use of Plaintiff's standards was a "fair use."

In this trial, your job is to make the following determinations:

Defendants have asserted an affirmative defense known as fair use. If you find that Defendants sustain their burden of proving that their use of Plaintiff's copyrighted standards was a fair use, then Defendants are not liable for copyright infringement.

If you find that Defendants do not sustain their burden of proving that their use of Plaintiff's copyrighted standards was a fair use, then Defendants are liable for copyright infringement. You then will be asked to determine the amount of damages Defendants owe Plaintiff.

These are determinations for you to make as the jury. Your verdict must be unanimous.

| | | |
|---|---|---|
| DATED: March 5, 2025 | | MUNGER, TOLLES & OLSON LLP |
| | By: | */s/ Rose Leda Ehler* |
| | | Rose Leda Ehler |
| | | Attorneys for Plaintiff |
| | | |
| DATED: March 5, 2025 | | MORRISON & FOERSTER LLP |
| | By: | */s/ Roman A. Swoopes* |
| | | Roman A. Swoopes |
| | | Attorneys for Defendants |

**FILER'S ATTESTATION**

I, Rose Leda Ehler, am the ECF user whose identification and password are being used to file this **JOINT PROPOSED STATEMENT OF THE CASE**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in the content of this filing and have authorized this filing.

DATED: March 5, 2025            By:        */s/ Rose Leda Ehler*