ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
JENNIFER L. BRYANT (SBN 293371)
Jennifer.Bryant@mto.com
GRAHAM WYATT (SBN 342809)
Graham.Wyatt@mto.com
JOSEPH N. GLYNN (SBN 337652)
Joseph.Glynn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687 3702

Attorneys for Plaintiff
NATIONAL FIRE PROTECTION ASSOCIATION, INC.

*(Additional counsel listed on following page)*

RAGESH K. TANGRI (SBN 159477)
RTangri@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
HANNAH JIAM (SBN 312598)
HJiam@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
UPCODES, INC.,
SCOTT REYNOLDS,
and GARRETT REYNOLDS

*(Additional counsel listed on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:21-cv-05262-SPG-E <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> **AND REQUEST FOR COURT TO RETAIN LIMITED JURISDICTION** <br><br> Judge:  Hon. Sherilyn Peace Garnett <br><br> Trial Date:  March 18, 2025 |

| | |
|---|---|
| KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>SHANNON C. AMINIRAD (SBN 324780)<br>Shannon.Aminirad@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000;<br>Facsimile: (415) 512-4077<br><br>RACHEL G. MILLER-ZIEGLER (*pro hac vice*)<br>Rachel.Miller-Ziegler@mto.com<br>ANDRA LIM (SBN 336265)<br>Andra.Lim@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC<br>Telephone: (202) 220-1115<br>Facsimile: (202) 220-230<br><br>Attorneys for Plaintiff<br>NATIONAL FIRE PROTECTION ASSOCIATION, INC. | WHITNEY O'BYRNE (SBN 325698)<br>WOByrne@mofo.com<br>MARK D. MARCISZEWSKI (SBN 344240)<br>MMarciszewski@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile:  213-892-5454<br><br>ADITYA V. KAMDAR (SBN 324567)<br>AKamdar@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037<br>Telephone: 202-887-1500<br>Facsimile:  202-887-0763<br><br>Attorneys for Defendants<br>UPCODES, INC.,<br>SCOTT REYNOLDS, and<br>GARRETT REYNOLDS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff National Fire Protection Association, Inc. and Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds hereby stipulate to the dismissal of the action.  All claims and counterclaims are DISMISSED WITH PREJUDICE.  Each party will bear its own costs, expenses, and attorneys' fees.

WHEREAS, the parties have resolved the pending litigation on mutually agreeable terms, the final documents for which are being negotiated.

NOW THEREFORE, the Parties hereby stipulate and agree that, subject to the approval and availability of the Court, that the Court shall retain jurisdiction for purposes of resolving any disputes that arise during the parties' negotiations of a final agreement, which is agreed to be documented by March 19, 2025.

DATED:  March 17, 2025    MUNGER, TOLLES & OLSON LLP

By:  */s/ Rose Leda Ehler*
ROSE LEDA EHLER
Attorneys for Plaintiff
NATIONAL FIRE PROTECTION ASSOCIATION, INC.

MORRISON & FOERSTER LLP

DATED:  March 17, 2025

By:  */s/ Joseph C. Gratz*
JOSEPH C. GRATZ
Attorneys for Defendants
UPCODES, INC.; SCOTT REYNOLDS; GARRETT REYNOLDS

## FILER'S ATTESTATION

I, Rose Leda Ehler, am the ECF user whose identification and password are being used to file this **STIPULATION REGARDING DISMISSAL & REQUEST FOR COURT TO RETAIN LIMITED JURISDICTION.** Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing's content and have authorized this filing.

DATED: March 17, 2025

                        */s/ Rose Leda Ehler*
                        ROSE LEDA EHLER