1
2
3
4
5                                                  JS-6
6
7                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA
9

10  NATIONAL FIRE PROTECTION                Case No. 2:21-cv-05262-SPG-E
11  ASSOCIATION, INC.,
            Plaintiff and Counterclaim      **ORDER RETAINING
12          Defendant,                      LIMITED JURISDICTION
                                            [ECF NO. 308]**
13          v.
14  UPCODES, INC., SCOTT REYNOLDS,
    and GARRETT REYNOLDS,
15          Defendants and Counterclaim
16          Plaintiffs.

17
18       The parties have stipulated to dismissal pursuant to Federal Rule of Civil Procedure
19  41(a)(1)(A)(ii).  Each party will bear its own costs, expenses, and attorneys' fees.  The
20  parties have represented that they have resolved the pending litigation on mutually
21  agreeable terms, and the final documents for such resolution and license are being
22  negotiated.
23  //
24  //
25  //
26  //
27  //
28  //

1  The case is administratively closed, but the Court shall retain jurisdiction for a period
2  not to exceed 90 days for purposes of resolving any disputes that arise during the parties'
3  negotiations of a final agreement.

5  **IT IS SO ORDERED**.

7  DATED:  March 21, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE